UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEATHER KURTZ,<br><br>              Plaintiff,<br><br>   vs.<br><br>LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C., a Washington Limited Liability Company,<br><br>              Defendant. | NO.<br><br>DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331<br><br>(FEDERAL QUESTION)<br><br>**CLERK'S ACTION REQUIRED** |

TO:      HEATHER KURTZ, PLAINTIFF; AND PATRICK J. KANG AND KRISTI MARINO, COUNSEL FOR PLAINTIFF;

AND TO:   CLERK OF THE ABOVE-ENTITLED COURT

Liberty Shores Retirement Community, L.L.C., ("Defendant") by and through its undersigned counsel, hereby removes the above-captioned action, served on Defendant and filed in the Superior Court of the State of Washington, County of Kitsap ("State Court"), to the United States District Court for the Western District of Washington at Tacoma. Removal is appropriate on the grounds of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, Defendant alleges as follows:

1.    On or about April 24, 2023, Plaintiff Heather Kurtz ("Plaintiff") served Defendant's listed registered agent, Todd Buskirk, with a Summons and copy of a filed Complaint in the matter of *Heather Kurtz v. Liberty Shores Retirement Community, L.L.C.,* in

DEFENDANT'S NOTICE OF REMOVAL - 1

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

the Superior Court of the State of Washington, County of Kitsap, Case No.: 23-2-00651-18 (the "State Court Action"), which was filed on April 10, 2023.

2. Pursuant to 28 U.S.C. § 1446 and LCR 101(b), a copy of all documents served upon or by Defendant in the State Court Action are attached hereto as **Exhibit 1** (Summons and Complaint, signed April 7, 2023, but served on April 24, 2023), **Exhibit 2** (Plaintiff's First Set of Interrogatories and Requests for Production to Defendant, signed April 17, 2023 but served April 24, 2023), **Exhibit 3** (Notice of Appearance for Sarah N. Turner and Michael C. Tracy, filed in the State Court Action on May 22, 2023 and served on Plaintiff's counsel by U.S. Mail on May 23, 2023), and **Exhibit 4** (Notice of Appearance for Johnathan J. Lee, filed in the State Court Action and courtesy copy provided to Defendant on May 23, 2023).

3. Defendant has filed and served this Notice of Removal within 30 days of receipt of the Summons and Complaint.  Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446.

4. Defendant, to the best of its knowledge, is the only named defendant in the State Court Action, and no other defendants have been served in this action; accordingly, their joining in, if there are any additional defendants, and consent to removal of this action is not required under the removal statute.  28 U.S.C. § 1446(b)(2)(A); *Pope*, 2021 WL 5967921, at *4 (citing *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n. 1 (9th Cir. 1988) ("Only the defendants served *at the time of the removal petition* must join in or consent to removal.") (emphasis maintained).

5. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331, and it may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441 because Plaintiff's Complaint explicitly pleads a federal cause of action, seeking relief for alleged interference with Plaintiff's rights under the Family & Medical Leave Act ("FMLA"),

DEFENDANT'S NOTICE OF REMOVAL - 2

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

29 U.S.C. § 2601 *et seq.*

6. Plaintiff has also asserted various state claims. Defendant requests that all claims be removed from the Superior Court of the State of Washington, County of Kitsap, and that this Court exercise supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

7. The United States District Court for the Western District of Washington at Tacoma is the federal district within which the above-described Superior Court of the State of Washington, County of Kitsap case has commenced.

8. Defendant will promptly serve Plaintiff its Notice of Removal and file a copy of this Notice of Removal with the Superior Court of the State of Washington, County of Kitsap. 28 U.S.C. § 1446(a) and (d). Defendant will file the remainder of all additional records and proceedings in the State Court, along with a signed verification of the undersigned counsel, with this court pursuant to LCR 101(c). A certificate of service, which lists all counsel and pro se parties who have appeared in the State Court Action with their contact information, including email address, is included herewith. LCR 101(b)(2).

9. The documents included in Exhibits 1, 2, and 3 constitute all of the known process, pleadings and orders that have been served upon or by Defendants to date.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant respectfully gives notice that the above-entitled State Court Action is removed from the Kitsap County Superior Court to the United States District Court for the Western District of Washington at Tacoma.

DEFENDANT'S NOTICE OF REMOVAL - 3

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

Dated:  May 24, 2023.

GORDON REES SCULLY MANSUKHANI, LLP

By:

Sarah N. Turner, WSBA #37748

Michael C. Tracy, WSBA #51226

701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
sturner@grsm.com
mtracy@grsm.com

*Attorneys for Defendant Liberty Shores Retirement Community, LLC*

DEFENDANT'S NOTICE OF REMOVAL - 4

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the United States that I am over the age of 18, and on this date, I caused a copy of the foregoing to be filed with the CM/ECF filing system and served via email and US mail on:

Jonathan J. Lee, WSBA #42505
Patrick J. Kang, WSBA #30726
Kristi Marino, WSBA #56411
PREMIER LAW GROUP, PLLC
1408 140th Place NE
Bellevue, WA 98007
T: 206-28501743
F: 206-599-6316
jon@premierlawgroup.com
patrick@premierlawgroup.com
kristina@premierlawgroup.com
*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

DATED May 24, 2023.

By: */s/ Sean Hendrickson*
Sean Hendrickson, Legal Assistant
shendrickson@grsm.com

**CERTIFICATE OF SERVICE** – Page 1

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

1311457/77150036v.1

# Exhibit 1

23-2-00651-18
SMCMP        2
Summons and Complaint
14290559

FILED

APR 1 0 2023

KITSAP COUNTY CLERK
DAVID T. LEWIS III

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

HEATHER KURTZ,

    Plaintiff,

v.

LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C., a Washington Limited Liability Company,

    Defendant.

No. **23.2. 0065118**

SUMMONS

**TO:   LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C., a Washington Limited Liability Company**

A lawsuit has been started against you in the above-entitled court.

Plaintiff's claims are stated in the written Complaint for Damages, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the person signing this Summons within 20 days after the service of this Summons, or within 60 days if this Summons was served outside the State of Washington, excluding the day of service, or a default judgment may be entered against you

SUMMONS - 1

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered. A copy of your answer and all other responsive pleadings must be filed with the Court.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

THIS SUMMONS is issued pursuant to Civil Rule 4, Rules for Superior Court, State of Washington.

DATED THIS 7th day of April, 2023.

PREMIER LAW GROUP, PLLC

/s/ Kristi Marino
**Patrick J. Kang,** WSBA #30726
**Kristi Marino,** WSBA #56411
1408 140th Place NE
Bellevue, WA 98007
(p) 206-285-1743
patrick@premierlawgroup.com
kristina@premierlawgroup.com
Attorneys for Plaintiff

SUMMONS - 2

FILED

APR 1 0 2023

KITSAP COUNTY CLERK
DAVID T. LEWIS III

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

HEATHER KURTZ,                          )
                                        )  No. 23-2-00651-18
        Plaintiff,                      )
                                        )  COMPLAINT FOR DAMAGES
v.                                      )
                                        )
LIBERTY      SHORES      RETIREMENT)
COMMUNITY, L.L.C., a Washington Limited)
Liability Company,                      )
                                        )
        Defendant.                      )
                                        )

**COMES NOW** Plaintiff Heather Kurtz, by and through her attorneys of record, and alleges

as follows:

## I.    PARTIES

1.    Plaintiff is a resident of Kitsap County, Washington, and a former employee of

Defendant Liberty Shores Retirement Community, L.L.C.

2.    Defendant Liberty Shores Retirement Community L.L.C., (hereinafter "Liberty

Shores") is a Washington Limited Liability Company doing business in the State of Washington,

including Kitsap County, Washington.

COMPLAINT FOR DAMAGES - 1

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

3. All acts and/or omissions of Defendant's employees and/or agents were performed for the benefit of Defendant, and within the course and scope of their employment with Defendant.

## II.    JURISDICTION AND VENUE

4. The above-entitled court is the proper venue and has proper jurisdiction over the parties and subject matter of this lawsuit.

## III.    FACTS

5. Plaintiff began working for Liberty Shores in the CNA/Resident Supplies Department in or around November 2009.

6. Plaintiff was employed for at least 1,250 hours of service with Defendant during the previous twelve-month period prior to requesting accommodation and FMLA leave in November 2022.

7. Defendant employed more than 50 employees for each working day during each of the twenty or more calendar workweeks in 2022.

8. On or about December 8, 2022, Plaintiff was diagnosed with Generalized Anxiety Disorder, Post-Traumatic Stress Disorder, and Grief by her physician.

9. Because of her medical condition, Plaintiff requested accommodation from Liberty Shores to reduce her work schedule. Plaintiff also requested intermittent and/or reduced work schedule under the state and federal Family Medical Leave Act.

10. Liberty Shores requested that Plaintiff complete FMLA paperwork.

11. Plaintiff's physician's office completed the FMLA paperwork on or around January 9, 2023.

12. Plaintiff returned the completed FMLA paperwork to Liberty Shores.

COMPLAINT FOR DAMAGES - 2

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

**13.** On February 1, 2023, Liberty Shores advised Plaintiff that her position was being eliminated and that she was being terminated.

## IV.    FIRST CAUSE OF ACTION

**14.** Disability Discrimination/Retaliation.    Plaintiff incorporates by reference the allegations set forth in paragraphs 1 through 13 as if fully set forth herein.

**15.** Defendant violated Plaintiff's rights under the Washington Law Against Discrimination (WLAD) – RCW 49.60 et seq. by failing to reasonably accommodate her disability and terminating her.

**16.** Defendant's acts and/or omissions as described above constitute discrimination and/or retaliation under the WLAD.

**17.** As a result of Defendant's actions and/or omissions, Plaintiff has suffered economic and noneconomic damages to be proven at trial.

## V.    SECOND CAUSE OF ACTION

**18.** Washington Paid Family & Medical Leave Act (WPFMLA). Plaintiff re-alleges and incorporates by reference herein paragraphs 1 through 18 as if fully stated herein.

**19.** Defendant's acts and/or conducts as alleged above constitute an interference with, restraint of, retaliation, denial of the exercise of, or the attempt to exercise all rights afforded to Plaintiff under the WPFMLA (Title 50A).

**20.** As a result of Defendant's acts and/or conducts, Plaintiff has been damaged in an amount to be proven at trial, including but not limited to lost wages and benefits, actual monetary loss, prejudgment interest, liquidated damages, and equitable relief, including but not limited to, employment, reinstatement, gross-up adjustment as permitted under the law.

COMPLAINT FOR DAMAGES - 3

## VI.    THIRD CAUSE OF ACTION

**21.**    Family & Medical Leave Act (FMLA). Plaintiff re-alleges and incorporates by reference herein paragraphs 1 through 20 as if fully stated herein.

**22.**    Defendant's acts and/or conducts as alleged above constitute an interference with, restraint of, retaliation, denial of the exercise of, or the attempt to exercise all rights afforded to Plaintiff under the FMLA (29 U.S.C. §2601 et seq.).

**23.**    As a result of Defendant's acts and/or conducts, Plaintiff has been damaged in an amount to be proven at trial, including but not limited to lost wages and benefits, actual monetary loss, prejudgment interest, liquidated damages, and equitable relief, including but not limited to, employment, reinstatement, gross-up adjustment as permitted under the law.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff hereby prays for the following relief:

1.    Judgment for all damages as permitted by law, including but not limited to, economic and non-economic damages;

2.    Judgment for liquidated damages as permitted by law;

3.    Pre-judgment and post-judgment interest, attorneys' fees and costs as permitted by law;

4.    Declaratory and/or injunctive relief reinstating Plaintiff and enjoining Defendant from further violating Plaintiff's rights as permitted by law; and

5.    For such other and further relief as this Court deems just and equitable.

////

////

////

COMPLAINT FOR DAMAGES - 4

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

////

DATED THIS 7th day of April, 2023.

PREMIER LAW GROUP, PLLC

*/s/ Kristi Marino*
**Patrick J. Kang,** WSBA #30726
**Kristi Marino,** WSBA #56411
1408 140th Place NE
Bellevue, WA 98007
(p) 206-285-1743
patrick@premierlawgroup.com
kristina@premierlawgroup.com
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES - 5

# Exhibit 2

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

HEATHER KURTZ, )
           ) No. 23-2-00651-18
     Plaintiff, )
           ) PLAINTIFF'S FIRST SET OF
v. ) INTERROGATORIES AND REQUESTS
           ) FOR PRODUCTION TO DEFENDANT
LIBERTY SHORES RETIREMENT) LIBERTY SHORES RETIREMENT
COMMUNITY, L.L.C., a Washington Limited) COMMUNITY, L.L.C.
Liability Company )
           )

TO:       LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C.

Pursuant to the rules of Civil Procedure of the Superior Court of Washington, Plaintiff requests that defendant answers fully and in writing each of the following interrogatories and/or produce documents pursuant to the civil rules at the offices of PREMIER LAW GROUP, PLLC, 1408 140th Place NE, Bellevue, WA 98007 within forty (40) days of the date of service.

## DEFINITIONS

For purposes of these interrogatories and requests for production, including the sections marked "Definitions" and "General Procedures," the following terms shall have the meanings set forth below:

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 1

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

1. "Plaintiff" as well as a party's full or abbreviated name or pronoun is referring to the above-identified party, Heather Kurtz. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

2. "Defendant" as well as a party's full or abbreviated name or pronoun is referring to Defendant Liberty Shores Retirement Community, L.L.C., unless specifically identified. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

3. "Person" is defined as any natural person or any business, legal or governmental entity, or association.

4. "Material" or "materials" means writings of every kind and character pertaining to the designated subject matter, including letters, memorandum, diary, file, note, calendar, newspaper, internet web pages, instant messages, emails, text messages, web-postings, correspondence, telegram, handwritten notes, computer printouts, computer program, check, bank statement, passbook, or any other document that may be written, typed, printed, photocopied, dittoed, mimeographed, multilithed, recorded, transcribed, punched, taped, filmed, photographic or graphic matter, however produced, to which you have or have not had access. In addition, the definition shall also include photographs, still-pictures, videotapes, surveillance videos, or any moving or non-moving pictures and/or video clips.

5. "And" or "or" means "and/or," with the singular form being deemed to include the plural and vice versa.

6. "He" or any other masculine, feminine or neuter pronoun means any individual, regardless of sex or entity, to whom the interrogatory would otherwise apply.

7. "Identify" or "identity" means:

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 2

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

a.    When used with reference to a natural person, to state his full name, present home address, present business address, present home and business telephone number, present or last-known position and business affiliation at the time in question.

b.    When used with reference to an entity, such as a partnership (either general or limited), joint venture, trust or corporation, to state the full legal name of such entity, each name under which such entity does business, the entity's telephone number and the identity of the chief operating officer, manager, trustee or other principal representative.

c.    When used with reference to documents, to state specifically:

i.    the type of document involved (e.g., letter, interoffice memorandum, etc.), together with information sufficient to enable the location of the document such as its date, the name of any addressee and the name of any signor, the title or the heading of the document and its approximate number of pages; and

ii.    the identity of the custodian or other person last known to have possession of the document, together with the present or last-known location of the document.

8.    "Relating to" means pertinent, relevant or material to, evidencing, having a bearing on or concerning, affecting, discussing, dealing with, considering or otherwise relating in any manner whatsoever to the subject matter of the inquiry.

9.    "You" and "your" refers to Defendant Liberty Shores Retirement Community, L.L.C., unless otherwise specified in the interrogatory question.

10.    "Communication" means the transmittal of information in the form of facts, ideas, inquiries, or otherwise.

11.    "All" and "each" shall be construed as "and," "each," and "and/or."

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 3

PREMIER LAW GROUP PLLC
1408 140ᵗʰ Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

12.   "Any" should be understood in either its most or least inclusive sense as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

13.   "Describe" as used in this Interrogatories and Requests for Production means to state all facts and laws supporting your contention, providing the identity of all persons with knowledge or information supporting your contention as well as identifying any documents supporting such contention.

14.   The use of the singular form of any word includes the plural and vice versa.

## GENERAL PROCEDURE

1.   These interrogatories and requests for production have hereby been served upon you. They are to be answered under oath within forty (40) days of the date of service in the manner provided by Civil Rule 33(a).   THESE INTERROGATORIES AND REQUESTS FOR PRODUCTION ARE CONTINUING, AND IN THE EVENT YOU DISCOVER FURTHER INFORMATION OR DOCUMENTATION WHICH ALTERS, MODIFIES, DELETES OR AUGMENTS THE ANSWERS GIVEN NOW OR AT ANY TIME HEREAFTER, YOU ARE TO PROVIDE SUCH INFORMATION BY SUPPLEMENTAL ANSWERS AND/OR PRODUCTION OF SUCH DOCUMENTS.

2.   Regardless of the noun, pronoun or other designation, if any, used in an interrogatory to describe the person or entity to whom it is directed or about whom it is concerned, answers to each of the interrogatories shall include all responsive information known to or about such person or entity. In addition, in the case of a person it shall include all information known to or about such person's spouse, if any, and other members of his or her household; and in the case of a partnership, corporation or other entity, it shall include all responsive information contained

PLAINTIFF'S   FIRST   SET   OF   INTERROGATORIES   AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 4

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

in such entity's business records, regardless of whether official, and all information known to or about such entity's owners, partners, shareholders, directors, officers, agents or other representatives.

3. In answering any of these interrogatories, if you rely upon any testimony, whether given at a deposition, investigation, hearing or otherwise, you are to set forth separately for each such interrogatory the identity of the person testifying, the date upon which he or she testified, the identity of the document constituting the transcript of the testimony and the page number or numbers of the transcript on which such testimony appears.

4. If you claim that an answer, either in whole or in part, to any interrogatory or portion thereof, or that production of a document, either in whole or in part, to any request for production, is subject to any privilege or is otherwise objectionable or protected from discovery, you are to identify the subject matter and the answer to which such privilege, objection or protection is thought to apply, and state the ground or basis for each such claim, objection, privilege or protection. In the case of interrogatories, the attorney making the objection shall sign in the space following each objection. All portions of such an interrogatory not regarded as calling for a protected or objectionable response are to be answered fully.

5. If you claim that an answer, either in whole or in part, to any interrogatory or portion thereof, or that production of a document, either in whole or in part, to any request for production, is subject to any privilege or is work product and protected from discovery, you are to provide a privilege log containing the following information:

(a) The date the document or withheld material was created;

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 5

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

(b)    The type or form of document that has been withheld (including electronic materials).  For example, the description should identify whether the document is a letter, e-mail, voicemail, memorandum, etc.;

(c)    The author(s), including name, job title, or relationship of the author to the party withholding the document;

(d)    The recipient(s) of the document, i.e., anyone who has received or viewed the original or a copy of the document from any source, any a description of their relationship to the party withholding the document;

(e)    A description of the subject matter and/or content of the document in sufficient detail to support the privilege or immunity claim; and

(f)    The specific privilege or discovery immunity claimed.

6.    By these requests for production you are asked to produce for inspection and copying each and every one of the documents and other tangible things identified below by item or category which you have in your possession or custody or which are under your control.

DATED THIS 17th day of April, 2023.

PREMIER LAW GROUP, PLLC

/s/Kristi Marino
**Patrick J. Kang, WSBA #30726**
**Kristi Marino, WSBA #56411**
1408 140th Place NE
Bellevue, WA 98007
(p) 206-285-1743
patrick@premierlawgroup.com
kristina@premierlawgroup.com
Attorneys for Plaintiff

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 6

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1.**    Please produce Plaintiff's employment and personnel file.

**RESPONSE:**

**INTERROGATORY NO. 1.**    Please state the reason(s) Plaintiff's position was eliminated.

**ANSWER:**

**INTERROGATORY NO. 2.**    Please identify the individual(s) involved in the decision to eliminate Plaintiff's position.

**ANSWER:**

**INTERROGATORY NO. 3.**    For the individuals identified in your answer to Interrogatory No. 2 above, please provide their mobile phone number and the service provider they had from June 1, 2022 through the date of Plaintiff's termination.

**ANSWER:**

PLAINTIFF'S  FIRST  SET  OF  INTERROGATORIES  AND
REQUESTS  FOR  PRODUCTION  TO  DEFENDANT  LIBERTY
SHORES RETIREMENT COMMUNITY, L.L.C.
(No. 23-2-00651-18) - 7

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

INTERROGATORY NO. 4.    For the individuals identified in your answer to Interrogatory No. 2 above, please provide their email address that they used from June 1, 2022 through the date of Plaintiff's termination.

ANSWER:


REQUEST FOR PRODUCTION NO. 2.    Please produce all documents, including but not limited to emails, texts, notes, correspondence, memoranda, etc. that support your reason(s) for eliminating Plaintiff's position as indicated in your response to Interrogatory No. 1.

RESPONSE:


REQUEST FOR PRODUCTION NO. 3.    Please produce all documents, including but not limited to emails, texts, notes, correspondence, memoranda, etc. regarding communications that you and/or your employees had related to the elimination of Plaintiff's position.

RESPONSE:


PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 8

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

**INTERROGATORY NO. 5.**    Besides Plaintiff's position, please identify all other positions that you eliminated either in 2022 or 2023. For each position identified:

(a) provide the identity of the employee whose position was eliminated;

(b) the date the position was eliminated;

(c) the reason(s) the position was eliminated, and

(d) whether the employee was transferred into a different position (include the position he/she was transferred to) or terminated from employment.

**ANSWER:**

**REQUEST FOR PRODUCTION NO. 4.**    Please produce all documents, including but not limited to emails, texts, notes, correspondence, memoranda, etc. regarding communications you and/or your employees had related to the elimination of the other positions as identified in your response to Interrogatory No. 3 above.

**RESPONSE:**

**INTERROGATORY NO. 6.**    Please identify the individual(s) involved in the decision to eliminate the positions you identified in your answer to Interrogatory No. 3.

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 9

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

ANSWER:

**REQUEST FOR PRODUCTION NO. 5.**     For each employee you identified in your answer to Interrogatory No. 3, please produce his/her employment and personnel file.

RESPONSE:

**INTERROGATOTY NO. 7.**    For each duty and responsibility that Plaintiff was handling prior to her termination, please describe what happened to that duty/responsibility, and if it was reassigned to another employee, identify the individual the specific duty/responsibility was assigned to.

ANSWER:

**REQUEST FOR PRODUCTION NO. 6.**     Please produce all documents, including but not limited to emails, texts, notes, correspondence, memoranda, etc. regarding the duties and

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 10

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

responsibilities that Plaintiff was handling prior to her termination, including any reassignment of those duties/responsibilities to others.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7.**    Please produce a list of every full-time employee that you employed, including their positions, both six months before Plaintiff's termination and on the date Plaintiff was terminated.

**RESPONSE:**

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 11

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

ANSWERS AND OBJECTIONS DATED this _____ day of _____, 2023, in conformance with CR 26(g).

_____
_____, WSBA #
Attorney for Defendants

## DECLARATION OF RESPONDING PARTY

I declare under the penalty of perjury under the laws of the State of Washington that I am the Defendant in this action and I make the foregoing answers. I declare that I have read the foregoing answers, know the contents thereof, and believe them to be true and correct.

Dated this _____ day of _____, _____ at _____, Washington.

_____
LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C.,

PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LIBERTY SHORES RETIREMENT COMMUNITY, L.L.C. (No. 23-2-00651-18) - 12

PREMIER LAW GROUP PLLC
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

# Exhibit 3

RECEIVED FOR FILING
KITSAP COUNTY CLERK
MAY 2 2 2023
DAVID T. LEWIS III

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN THE COUNTY OF KITSAP

HEATHER KURTZ,

                                   Plaintiff,

vs.

LIBERTY SHORES RETIREMENT
COMMUNITY, LLC., a Washington Limited
Liability Company,

                                   Defendant.

NO. 23-2-00651-18

NOTICE OF APPEARANCE

*[Clerk's Action Required]*

TO:          The Clerk of the Court;

AND TO:      All Parties and Their Counsel of Record.

PLEASE TAKE NOTICE that Sarah N. Turner and Michael C. Tracy of Gordon Rees Scully Mansukhani, LLP, reserving all defenses, hereby enter their appearances as counsel of record for Defendant Liberty Shores Retirement Community, LLC for all purposes in the above-captioned proceeding.

The undersigned request that all further papers and pleadings, except original process, be served at the address below. This Notice of Appearance is entered without waiver of any and all defenses, including but not limited to any and all jurisdictional defenses.

NOTICE OF APPEARANCE - 1

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated:  May 22, 2023.

GORDON REES SCULLY MANSUKHANI, LLP

By:

Sarah N. Turner, WSBA #37748

Michael C. Tracy, WSBA #51226

701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
sturner@grsm.com
mtracy@grsm.com

*Attorneys for Defendant Liberty Shores Retirement Community, LLC*

NOTICE OF APPEARANCE - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington that on this date I served a true and accurate copy of the foregoing on the following by email and U.S. Mail:

Patrick J. Kang, WSBA #30726
Kristi Marino, WSBA #56411
PREMIER LAW GROUP, PLLC
1408 140th Place NE
Bellevue, WA 98007
patrick@premierlawgroup.com
kristina@premierlawgroup.com

Dated:  May 22, 2023

s/Sean Hendrickson
Sean Hendrickson, Legal Assistant

NOTICE OF APPEARANCE - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# Exhibit 4

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

HEATHER KURTZ,                              )
                                            )   No.     23-2-00651-18
        Plaintiff,                          )
                                            )   NOTICE OF APPEARANCE
v.                                          )
                                            )
LIBERTY    SHORES    RETIREMENT)
COMMUNITY, L.L.C., a Washington Limited)
Liability Company,                          )
                                            )
        Defendant.                          )
_____)

TO:     THE CLERK OF THE ABOVE COURT;

AND TO: ALL COUNSEL OF RECORD

        PLEASE TAKE NOTICE Jonathan J. Lee of Premier Law Group, PLLC, hereby appears in this lawsuit on behalf of the Plaintiff and requests that copies of all further papers and pleadings in this lawsuit, be served upon Kristi Marino, Patrick J. Kang, and Jonathan J. Lee of Premier Law Group, PLLC at the address stated below.

        DATED this 23rd day of May 2023 in Bellevue, Washington.

NOTICE OF APPEARANCE
(No. 23-2-00651-18) - 1

**PREMIER LAW GROUP PLLC**
1408 140th Place NE
Bellevue, WA 98007
(206) 285-1743 / Fax: (206) 599-6316

PREMIER LAW GROUP, PLLC


*/s/Jonathan Lee*_____

**Jonathan J. Lee,** WSBA #42505
**Patrick J. Kang,** WSBA #30726
**Kristi Marino,** WSBA #56411
Attorneys for Plaintiff
1408 140th PL NE
Bellevue, WA 98007
Telephone: (206) 285-1743
Facsimile: (206) 599-6316
jon@premierlawgroup.com
patrick@premierlawgroup.com
kristina@premierlawgroup.com

NOTICE OF APPEARANCE
(No. 23-2-00651-18) - 2